IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SCOTT W. SPENCER,

        Petitioner,

    v.

WARDEN, NOBLE
CORRECTIONAL INSTITUTION,

        Respondent.

CASE NO. 2:16-CV-0411
JUDGE JAMES L. GRAHAM
MAGISTRATE JUDGE KEMP

## OPINION AND ORDER

On September 15, 2016, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied and that this action be dismissed. (ECF No. 3.) Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommen*dation (ECF No. 3) is **ADOPTED** and **AFFIRMED.** The petition for a writ of habeas corpus is denied and this action is hereby **DISMISSED.**

    **IT IS SO ORDERED**.

Date: October 19, 2016

                                                                      _____s/James L. Graham_____
                                                                      JAMES L. GRAHAM
                                                                      United States District Judge